

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| IN RE | § | No. 08-19-00198-CR |
| THE STATE OF TEXAS, | § | AN ORIGINAL PROCEEDING |
| Relator. | § | IN MANDAMUS |

## **J U D G M E N T**

The Court has considered this cause on the Relator's petition for writ of mandamus against the Honorable Francisco X. Dominguez of the 205th District Court of El Paso County, and concludes that Relator's petition for writ of mandamus should be denied.   We therefore deny the petition for writ of mandamus, in accordance with the opinion of this Court.

IT IS SO ORDERED THIS 15TH DAY OF JANUARY, 2021.


JEFF ALLEY, Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.